| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

WILFORD MARKS, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:11-CV-333
§
BRAD LIVINGSTON, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Wilford Marks, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

    Plaintiff has filed two motions seeking a default judgment. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the motions. The magistrate judge recommends that the motions be denied.

    The court has received the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed to the Report and Recommendation.

### ORDER

    Accordingly, the findings of fact act and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. Plaintiff's motions for a default judgment are **DENIED**.

    SIGNED at Sherman, Texas, this 13th day of March, 2013.

                                       */s/ Marcia A. Crone*
                                       MARCIA A. CRONE
                                 UNITED STATES DISTRICT JUDGE